IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Antonio L. Williams (R63186), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 22 C 50058 |
| v. | ) | |
| | ) | Hon. Margaret J. Schneider |
| Dr. Lamont, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

   On January 12, 2023, Plaintiff failed to appear for a telephonic status conference. [50]. The telephonic status conference was reset to January 31, 2023. Again, Plaintiff failed to appear. [51]. The Court issued an order admonishing Plaintiff that failure to appear for Court hearings or participate in the discovery process could result in the dismissal of his case for want of prosecution. The telephonic status conference was reset for February 28, 2023. Plaintiff failed to appear for the third consecutive time. Further, online records show that Plaintiff was paroled from Centralia Correctional Center on December 28, 2022. Plaintiff has failed to keep the Court apprised of his address despite being warned that such failures could also result in dismissal of this case. [6], [9], [35]. For these reasons, it is the Court's Report and Recommendation that this case be dismissed for want of prosecution. Fed. R. Civ. P. 41(b). Any objection to this Report and Recommendation must be filed by April 24, 2023. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260–61 (7th Cir. 1989). The Clerk is directed to mail a copy of this order to Plaintiff's last-known address, as reflected on the docket. Any pending motions are denied as moot.

Date: March 21, 2023       ENTER:

                   *Margaret J. Schneider*
                  United States Magistrate Judge